UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  **Index No: 24-3931**

CRYSTAL MCKINNEY,

                  Plaintiff,

    - against -

SEAN COMBS a/k/a "P. DIDDY," BAD BOY
ENTERTAINMENT LLC d/b/a BAD BOY
RECORDS, BAD BOY ENTERTAINMENT
HOLDINGS, INC., SEAN JOHN CLOTHING LLC,
and UNIVERSAL MUSIC ENTERTAINMENT
GROUP, INC.

                  Defendants.
------------------------------------------------------------------------X

                  **NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE**

      To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action.  I certify that I am admitted to practice in this court.

Dated:    New York, New York
            May 21, 2024

                                                                _____
                                                                Jonathan Goldhirsch, Esq.
                                                                Phillips & Associates
                                                                Attorneys at Law, PLLC
                                                                45 Broadway, Suite 430
                                                                New York, NY 10006
                                                               Tel: (212) 248-7431
                                                               Fax: (212) 901-2107
                                                               jgoldhirsch@tpglaws.com