UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CRYSTAL MCKINNEY,

            Plaintiff,

- against -

SEAN COMBS a/k/a "P. DIDDY," BAD BOY
ENTERTAINMENT LLC d/b/a BAD BOY
RECORDS, BAD BOY ENTERTAINMENT
HOLDINGS, INC., SEAN JOHN CLOTHING LLC,
and UNIVERSAL MUSIC ENTERTAINMENT
GROUP, INC.

            Defendants.

------------------------------------------------X

Index No: 24-03931

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

Plaintiff, CRYSTAL MCKINNEY, through her attorneys, PHILLIPS & ASSOCIATES, PLLC, and Defendant UMG RECORDINGS, INC. (incorrectly named herein as Universal Music Entertainment Group, Inc.), by and through its attorneys, PRYOR CASHMAN, LLP, hereby stipulate and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint in this Action, as against UMG Recordings, Inc. be and it hereby is dismissed with prejudice and without costs. All references to Universal Music Entertainment Group, Inc. in the Complaint, including in the caption, shall be deemed to be deleted.

| PHILLIPS & ASSOCIATES, PLLC | PRYOR CASHMAN, LLP |
|---|---|
| By: _____ | By: _____ |
| Michelle Caiola | Donald S. Zakarin |
| Attorney for Plaintiff | Attorney for UMG Recordings, Inc. |

SO ORDERED:

_____

Hon. Naomi Reice Buchwald, USDJ