# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL MCKINNEY,<br><br>       Plaintiff,<br><br> -against-<br><br>SEAN COMBS a/k/a "P. DIDDY", BAD BOY ENTERTAINMENT LLC d/b/a BAD BOY RECORDS, BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC, and DADDY'S HOUSE RECORDINGS, INC.,<br><br>       Defendants. | Case No. 24-cv-03931<br><br>**STIPULATION REGARDING SERVICE AND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT** |

  **WHEREAS** Plaintiffs initiated this action with the filing of the Original Complaint on May 21, 2024 (ECF No. 01);

  **WHEREAS** on or about July 11, 2024 the undersigned counsel for Plaintiff, on the one hand, and Defendants Sean Combs, Bad Boy Entertainment LLC (named incorrectly as Bad Boy Entertainment LLC d/b/a Bad Boy Records), Bad Boy Entertainment Holdings, Inc., and Sean John Clothing LLC (the "Original Combs Defendants") entered a stipulation pursuant to which the Original Combs Defendants agreed to accept service of the Original Complaint and Plaintiff agreed that the deadline for the Original Combs Defendants to answer, move against, or otherwise respond to the Original Complaint would be August 23, 2024 (ECF No. 11);

  **WHEREAS** on or about August 1, 2024, Plaintiff filed an Amended Complaint (ECF No. 19).

  **WHEREAS** the Amended Complaint added Daddy's House Recordings, Inc. as a Defendant in this action;

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for Plaintiff, on the one hand, and Defendants Sean Combs, Bad Boy Entertainment LLC (named incorrectly as Bad Boy Entertainment LLC d/b/a Bad Boy Records), Bad Boy Entertainment Holdings, Inc., Sean John Clothing LLC, and Daddy's House Recordings, Inc. (together, the "Combs Defendants"), on the other hand, as follows:

1. Sher Tremonte LLP, attorneys for the Combs Defendants hereby accepts service of process of the Amended Complaint, dated August 1, 2024 (the "Amended Complaint"), in the above-captioned action.

2. The prior (August 23, 2024) deadline of the Original Combs Defendants to answer, move, or otherwise respond to the Original Complaint dated May 21, 2024 is hereby vacated.

3. All Combs Defendants shall have until September 20, 2024 to answer, move, or otherwise respond to the Amended Complaint.

4. The Combs Defendants fully preserve, and do not waive, any and all rights and defenses they possess, except for the defense of improper service of process.

5. This stipulation can be signed in counterparts, and facsimile / PDF / electronic signatures shall be deemed originals for the purpose of this stipulation.

Dated: August 15, 2024
New York, New York

PHILLIPS & ASSOCIATES, PLLC

By: _____

Michelle A. Caiola, Esq.
Jonathan Goldhirsch, Esq.

SHER TREMONTE LLP

By: _____

Erica A. Wolff
Michael Tremonte
90 Broad Street, 23rd Floor

<table>
<tr><td>

45 Broadway, Suite 430
New York, New York 10006
Tel: (212) 248-7431
E-mail: mcaiola@tpglaws.com

*Attorneys for Plaintiff Crystal McKinney*

</td><td>

New York, New York 10004
Tel: (212) 202-2600
E-mail: ewolff@shertremonte.com

*Attorneys for Defendants
Sean Combs, Bad Boy
Entertainment LLC, Bad Boy
Entertainment Holdings, Inc., Sean
John Clothing LLC, and Daddy's
House Recordings, Inc.*

</td></tr>
</table>