```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
CRYSTAL MCKINNEY,

                Plaintiff,

       - against -

SEAN COMBS a/k/a "P. DIDDY," BAD BOY            ORDER
ENTERTAINMENT LLC, BAD BOY ENTERTAINMENT
HOLDINGS, INC., SEAN JOHN CLOTHING LLC,         24 Civ. 3931 (NRB)
and DADDY'S HOUSE RECORDINGS, INC
                Defendants.
--------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated September 20, 2024 and September 25, 2024, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

Plaintiff is reminded that if, consistent with Rule 11, she can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motions. Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both

sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:   October 1, 2024
        New York, New York

                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE