UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL MCKINNEY,<br><br>                          Plaintiff,<br><br>   -against-<br><br>SEAN COMBS a/k/a "P. DIDDY," BAD BOY ENTERTAINMENT LLC d/b/a BAD BOY RECORDS, BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC, and DADDY'S HOUSE RECORDINGS, INC.,<br><br>                          Defendants. | No. 24-cv-3931<br><br>**DECLARATION OF ERICA A. WOLFF IN SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT** |

**ERICA WOLFF** declares as follows:

1.  I am a partner at the law firm Sher Tremonte LLP, counsel for Defendants Sean Combs, Bad Boy Entertainment LLC (named incorrectly as Bad Boy Entertainment LLC d/b/a Bad Boy Records), Bad Boy Entertainment Holdings, Inc., Sean John Clothing LLC, and Daddy's House Recordings, Inc. (together, the "Combs Defendants"), in the above-captioned action. I have personal knowledge of the facts and circumstances set forth herein.

2.  I submit this declaration in support of the Combs Defendants' motion, pursuant to Fed. R. Civ. P. 12(b)(6), for an order: (a) dismissing all claims in the Amended Complaint, dated August 1, 2024 (ECF No. 19) against them with prejudice; and (b) granting such other and further relief as this Court deems just and proper.

3.  Attached as **Exhibit A** is a copy of the Amended Complaint.

4.  Attached as **Exhibit B** is a copy of an excerpt of the New York City Council's Legislation Text for Introduction No. 1012-A, Local Law No. 2018/063, which provides, *inter alia*, the N.Y.C. Admin. Code § 10-1104, effective prior to January 9, 2022.

5.     Attached as **Exhibit C** is a copy of the New York City Council's Legislation Text for Introduction No. 2372-B, Local Law No. 2022/021, which provides, *inter alia*, the N.Y.C. Admin. Code § 10-1104, effective as of January 9, 2022.

Dated: New York, New York
       November 8, 2024

                                                            *Erica A. Wolff*
                                                         ERICA A. WOLFF