UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CRYSTAL MCKINNEY,

                Plaintiff,

-against-

SEAN COMBS a/k/a "P. DIDDY," BAD BOY
ENTERTAINMENT LLC d/b/a BAD BOY RECORDS,
BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN
JOHN CLOTHING LLC, and DADDY'S HOUSE
RECORDINGS, INC.,

                Defendants.
------------------------------------------------------------------------X

Case No.: 24-cv-03931

**DECLARATION OF MICHELLE A. CAIOLA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**MICHELLE A. CAIOLA, ESQ.,** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am a member of the Bar of this Court and am a Partner at the firm of Phillips & Associates, Attorneys at Law, PLLC, attorneys for Plaintiff, in the above-captioned action. As such, I am familiar with all of the facts and circumstances in this action.

2. I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss

3. Annexed hereto is "Exhibit A", a true and correct copy of an affidavit filed by New York State Senator Brad Hoylman in *Doe v. Black,* 1:23-cv-06418.

4. Annexed hereto is "Exhibit B", a true and correct copy of the New York City, Local Law Report No. 0752-2000 (2000).

5. Annexed hereto is "Exhibit C", a true and correct copy of the New York City, Local Law Report No. 2372-2021 (2021)

6. Annexed hereto is "Exhibit D", a true and correct copy of written testimony submitted before the New York City Council Committee on Women and Gender Equity in support of New York City, Local Law No. 2372-2021 (2021) on November 29, 2021.

**WHEREFORE**, it is respectfully requested that Defendants' motion be denied in its entirety along with such other further relief as the Court deems just and proper.

Dated: New York, New York
December 6, 2024

Respectfully Submitted,

**PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW PLLC**

_____
Michelle A. Caiola, Esq.
Jonathan Goldhirsch, Esq.
*Attorneys for Plaintiff*
45 Broadway, 28th Floor
New York, New York 10006
(212) 248-7431
mcaiola@tpglaws.com
jgoldhirsch@tpglaws.com