**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                                       (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

April 8, 2025

Jonathan Martin Goldhirsch
Michelle Anne Caiola
Phillips & Associates, PLLC
45 Broadway, #430
New York, NY 10006

Erica Ashley Wolff
Michael Tremonte
Katie Elizabeth Renzler
Sher Tremonte LLP
90 Broad Street
New York, NY 10004

Re: **McKinney v. Combs et al., 24 Civ. 3931 (NRB)**

Dear Counsel:

As the parties are aware, there is a fully briefed motion to dismiss presently before the Court. See ECF No. 32. Moreover, as the parties are aware, the complaint contains a single cause of action, which is rooted in the New York City Victims of Gender-Motivated Violence Protection Act ("VGMVPL"). See ECF No. 1. The thrust of defendants' motion to dismiss is that the VGMVPL claim is time-barred. See ECF Nos. 26, 33, 38. As the parties likely know, there are at least two pending appeals before the Second Circuit that raise the same statute of limitations issues, see Parker v. Alexander, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); Doe v. Black, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024). Since the Circuit's decision on this dispositive issue of law will be binding on the Court, we propose staying the motion pending the Circuit's resolution of the issue. If either party has any reservations about this proposal, please let us know promptly.

Very truly yours,

Naomi Reice Buchwald
United States District Judge