UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

CRYSTAL MCKINNEY,

        Plaintiff,

   - against -

SEAN COMBS a/k/a "P. DIDDY," BAD BOY
ENTERTAINMENT LLC d/b/a BAD BOY
RECORDS, BAD BOY ENTERTAINMENT
HOLDINGS, INC., and SEAN JOHN CLOTHING
LLC,

        Defendants.

----------------------------------------X

**O R D E R**

24 Civ. 3931 (NRB)

    **WHEREAS** on May 21, 2024, plaintiff filed a Complaint against defendants raising a single cause of action under the New York City Victims of Gender-Motivated Violence Protection Act ("VGMVPL") (ECF No. 1); and

    **WHEREAS** defendants' request to move to dismiss primarily on statute of limitations grounds was granted on October 1, 2024 (ECF No. 28); and

    **WHEREAS** defendants' motion to dismiss is pending before this Court, (ECF Nos. 32–40); and

    **WHEREAS** there are at least two pending appeals before the Second Circuit raising statute of limitations issues similar to defendants' pending motion to dismiss, see Parker v. Alexander, No. 24 Civ 4813 (LAK), 2025 WL 268436 (S.D.N.Y. Jan. 22, 2025); Doe v.

1

Black, No. 23 Civ. 6418 (JGLC), 2024 WL 4335453 (S.D.N.Y. Sept. 27, 2024); and

**WHEREAS** the Circuit's decision on this potentially dispositive issue of law will be binding; and

**WHEREAS** the Court wrote to the parties on April 8, 2025, proposing a stay until the Circuit resolves the pending appeals (ECF No. 48); and

**WHEREAS** neither party has objected to the Court's proposal; it is hereby

**ORDERED** that a formal stay is imposed until the Circuit's resolution of the pending appeals.

DATED:   New York, New York
         April 24, 2025

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE