**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   Case No.: 1:24-cv-03931-NRB
CRYSTAL MCKINNEY,

                           Plaintiff,

            -against-

SEAN COMBS a/k/a "P. Diddy," BAD BOY
ENTERTAINMENT LLC d/b/a BAD BOY RECORDS,
BAD BOY ENTERTAINMENT HOLDINGS, INC., and
SEAN JOHN CLOTHING LLC,

                        Defendants.
-------------------------------------------------------------------X

## MOTION TO WITHDRAW JONATHAN GOLDHIRSCH AS COUNSEL

    I, Michelle A. Caiola, a Partner at Phillips & Associates, Attorneys at Law, PLLC, respectfully request that the appearance of Jonathan Goldhirsch as counsel for Plaintiff in the above-captioned action be withdrawn and further request that Jonathan Goldhirsch be removed from the Court's and parties' service lists as his last day of employment at Phillips & Associates was September 26, 2025. The law firm of Phillips & Associates and specifically the undersigned continues to serve as counsel for Plaintiff, and no party will be prejudiced if this Motion is granted.

    **WHEREFORE**, the undersigned counsel respectfully requests that the Court permit Jonathan Goldhirsch to withdraw as counsel for the Plaintiff in this matter.

Dated:    New York, New York
            September 29, 2025

*[signature]*
Michelle A. Caiola, Esq.
**PHILLIPS & ASSOCIATES**
**ATTORNEYS AT LAW, PLLC**
45 Broadway, 28th Floor
New York, NY 10006
Tel: (212) 248-7431
Fax: (212) 901-2107