

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Michelle Caiola, Esq.**
mcaiola@employeejustice.com

January 23, 2026

***Via ECF Only***
The Honorable Naomi Reice Buchwald, U.S.J
United States District Court, S.D.N.Y.
500 Pearl St., Courtroom 21A
New York, New York 10007

      Re:    *McKinney v. Combs et al,*
              *Case No. 1:24-cv-03931-NRB*

Dear Judge Buchwald:

      Counsel for Plaintiff Crystal McKinney respectfully writes to advise the Court of a change in undersigned counsel's firm affiliation. Undersigned counsel is no longer affiliated with Phillips & Associates, PLLC and is now with Joseph & Norinsberg LLC.

      Plaintiff has been advised of this change and has executed a written retainer agreement with Joseph & Norinsberg LLC. Undersigned counsel will continue to represent Plaintiff in this matter without interruption, and this change in firm affiliation will not prejudice any party. Accordingly, no substitution of counsel is required other than updating undersigned counsel's firm information on the Court's docket and CM/ECF service list.

      Thank you for the Court's time and attention to this matter.

                                        Respectfully submitted,

                                        MICHELLE CAIOLA, ESQ.