UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

CRYSTAL MCKINNEY,

Plaintiff,

- against -

SEAN COMBS a/k/a "P. DIDDY," BAD BOY ENTERTAINMENT LLC d/b/a BAD BOY RECORDS, BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC, UNIVERSAL MUSIC ENTERTAINMENT GROUP, INC., and DADDY'S HOUSE RECORDINGS, INC.,

Defendants.

---------------------------------------X

**ORDER TO SHOW CAUSE**

24 Civ. 3931 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Upon the motion of Sher Tremonte LLP, ECF No. 54, and the accompanying declaration of Michael Tremonte, ECF No. 55, both of which, according to the certificate of service, ECF No. 56, have been served on defendants Sean Combs, Bad Boy Entertainment LLC d/b/a Bad Boy Records, Bad Boy Entertainment Holdings, Inc., Sean John Clothing LLC, and Daddy's House Recordings, Inc., by delivering a copy by email to the holder of Mr. Combs's power of attorney and a copy by USPS Priority Mail Express to Mr. Combs at FCI Allenwood Low, it is hereby

**ORDERED** that defendants show cause by December 14, 2026, why an order should not be issued pursuant to Local Civil Rule 1.4 of

the United States District Courts for the Southern and Eastern Districts of New York:

1) permitting Sher Tremonte LLP to withdraw as counsel of record in this matter;
2) determining that Sher Tremonte LLP has a retaining lien in the amount of its reasonable unpaid expenditures related to this matter to date; and it is further

**ORDERED** that Sher Tremonte LLP forthwith serve a copy of this Order on defendants by [1] electronic mail to the holder of Mr. Combs's power of attorney and [2] USPS Priority Mail Express to Mr. Combs's address at FCI Allenwood Low, and thereafter file an affirmation of such service with the Court via ECF.

Dated: New York, New York
November 13, 2026

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE